IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD    HARSHBARGER,    and
TERESA HARSHBARGER,

            Plaintiffs,

    vs.

NEON GARDEN VALLEY MHP LLC.,

            Defendant.

**8:18CV425**


**ORDER**

This matter is before the court on a "Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge" filed by Plaintiff Richard Harshbarger ("Plaintiff"), which the court liberally construes as a motion for reconsideration. (Filing 14.) The notice or motion is also signed by Teresa Harshbarger, who was identified as a plaintiff in the Complaint (filing 1), but who the court does not consider a party to this action as she did not sign the Complaint. (*See* Filing 8 at CM/ECF p. 4.)

Upon consideration and for the reasons stated in the court's September 9, 2020 Memorandum and Order (filing 11),

IT IS ORDERED that:

1.    Plaintiff's "Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge" (filing 14), construed as a motion for reconsideration, is denied.

2.    The clerk of the court is directed to remove Teresa Harshbarger as a Plaintiff in this case.

Dated this 20th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge