IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HARSHBARGER, <br><br> Plaintiff, <br><br> vs. <br><br> NEON GARDEN VALLEY MHP LLC., <br><br> Defendant. | **8:18CV425** <br><br><br> **ORDER** |

This matter is before the court on what it construes as Plaintiff's motion for appointment of counsel. (Filing 19.) The court dismissed this case without prejudice on May 6, 2019. (Filings 8 & 9.) As this matter is closed, the court will deny Plaintiff's motion. Plaintiff should refrain from filing any further correspondence or pleadings in this closed case. If he wishes to pursue relief against any defendants, then he must file a new civil action.

IT IS THEREFORE ORDERED that: Plaintiff's motion for appointment of counsel (filing 19) is denied.

Dated this 22nd day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge